IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

MAURICE SEARS,                          :
                                        :
       Plaintiff,                       :
                                        :
vs.                                     : CIVIL ACTION NO. 12-00285-WS-B
                                        :
ANTHONY WILLIAMS, *et al.*,             :
                                        :
       Defendants.                      :

<u>ORDER</u>

After due and proper consideration of all portions of this file deemed relevant to the issues raised, and there having been no objections filed, the Report and Recommendation of the Magistrate Judge made under 28 U.S.C. § 636(b)(1)(B) is **ADOPTED** as the opinion of this Court. It is **ORDERED** that this action be and is hereby **DISMISSED with prejudice** as duplicative.

**DONE** this 24th day of July, 2012.

                          <u>s/WILLIAM H. STEELE</u>
                          CHIEF UNITED STATES DISTRICT JUDGE