```
            IN THE UNITED STATES DISTRICT COURT
           FOR THE SOUTHERN DISTRICT OF ALABAMA
                      SOUTHERN DIVISION
```

MAURICE SEARS,                         :
                                       :
    Plaintiff,                         :
                                       :
vs.                                    : CIVIL ACTION NO. 12-00285-WS-B
                                       :
ANTHONY WILLIAMS, *et al.*,            :
                                       :
    Defendants.                        :

## JUDGMENT

It is **ORDERED, ADJUDGED**, and **DECREED** that this action be and is hereby **DISMISSED with prejudice** as duplicative.

**DONE** this 24th day of July, 2012.

                                        s/WILLIAM H. STEELE
                                      CHIEF UNITED STATES DISTRICT JUDGE